UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PHYLLIS ALLEN and JOSEPH ALLEN,<br><br>          Plaintiffs,<br><br>vs.<br><br>BROCK & SCOTT PLLC, SETERUS, INC., BRANDYWINE HOMES GEORGIA, LLC agent of ASTOR ATL, LLC,<br><br>          Defendants. | CIVIL ACTION FILE<br><br>NO. 1:16-cv-613-WSD |

### JUDGMENT

This action having come before the court, the Honorable William S. Duffey, Jr., United States District Judge, on the Report and Recommendation that recommends granting Defendant Seterus, Inc.'s Motion to Dismiss, and the court having adopted the Recommendation, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant Seterus, Inc. recover its costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 10th day of February, 2017.

                                                      JAMES N. HATTEN
                                                      CLERK OF COURT

                                       By:    s/Jill Ayers
                                                            Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
February 10, 2017
James N. Hatten
Clerk of Court

By:    s/Jill Ayers
        Deputy Clerk